UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 4:16CR260 |
| KHALIL SLOMAN, | ) ) ) |
| Defendant. | ) |

ORDER

As previously directed in open court, the conditions of release for the above-referenced defendant are hereby modified to include the following:

Defendant's travel is restricted to the Southern District of Georgia and to the Northern District of Georgia for the purposes of meeting with counsel and for family visits as pre-approved by the supervising officer.

Defendant shall submit to testing for a prohibited substance if required by the pretrial services officer or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

All other conditions of release as previously set remain in full force and effect.

SO ORDERED, this 27th day of July, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA